UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00159-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL P. EWING,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that counsel will inform the Court at a later date if pretrial motions will be filed. It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if any, and final trial preparation conference if necessary. It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, June 16, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: April 18, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge