IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00159-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MICHAEL P. EWING,

 Defendant.

## ORDER

 THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

 HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, it is hereby

 ORDERED that:

 1. Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), the government may disclose during the pre-trial discovery process the following grand jury materials to counsel appearing for a defendant: (1) the transcript of the testimony of witnesses who appeared before the grand jury and provided the evidence that resulted in the indictment in this case, and (2) the exhibits that were used during that testimony. At the time of disclosure to counsel for a defendant the government shall tender a copy of this order.

 2. To limit the disclosure of these materials, defense counsel shall make only

such copies as are necessary to prepare a defense of this criminal case and shall disclose these grand jury matters only to defense experts or consultants specially retained for the defense of this case and to the defendant. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery. Defense counsel shall also deliver to a recipient of grand jury matters a copy of this order with the materials. No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever. At the conclusion of the case in this court by entry of a judgment, counsel shall, within ten days, collect all such copies and return them to the government.

3. Government counsel may disclose prior to trial and pursuant to Fed. R. Crim. P. 6(e)(3)(B) these same grand jury matters to experts or consultants specially retained by the government for the prosecution of this case.

4. Copies of grand jury materials shall be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated: May 14, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge