**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

---

Date:                 October 2, 2009           Probation:      Michelle Means
Courtroom Deputy:     Robert R. Keech           Interpreter:    N/A
E.C.R./Reporter:      Kara Spitler

---

Criminal Case No: **08-cr-00159-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                      John M. Haried

      Plaintiff,

v.

**1. MICHAEL P. EWING**,                        Virginia L. Grady

      Defendant.

---

**SENTENCING**

---

**9:09 a.m.**     Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - Monday, November 3, 2008 at 11:00 a.m.**
        **Plea of Guilty - count five of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks and inquiries of Government.

9:10 a.m.      Statement on behalf of Government in response to Court's inquiries (Mr. Haried).

9:17 a.m.      Statement on behalf of Defendant (Ms. Grady).

9:21 a.m.      Defendant's witness **Phillip Wise** sworn.

        Direct examination by Defendant (Ms. Grady).
        *EX ID:          F*

10:18 a.m.      Court's examination of witness.

**10:32 a.m.**   Court in Recess

**10:51 a.m.**   Court in Session

                No cross examination by Government.

10:51 a.m.      Witness excused

10:52 a.m.      Defendant rests

10:52 a.m.      Government's witness **James Kenneth Pelton** sworn.

                Direct examination by Government (Mr. Haried).
                *EX ID:          2*

**Exhibit/s 2 RECEIVED.**

10:59 a.m.      Cross examination by Defendant (Ms. Grady).
                *EX ID:          2*

11:17 a.m.      Government rests

11:18 a.m.      Statement by Defendant on his own behalf (Mr. Ewing).

11:21 a.m.      Statement on behalf of Defendant (Ms. Grady).

11:26 a.m.      Statement on behalf of Government (Mr. Haried).

11:29 a.m.      Statement on behalf of Defendant (Ms. Grady).

11:30 a.m.      Statement on behalf of Government (Mr. Haried).

11:32 a.m.      Statement on behalf of Probation (Ms. Means).

11:38 a.m.      Statement on behalf of Government (Mr. Haried).

11:39 a.m.      Statement on behalf of Defendant (Ms. Grady).

                Court outlines terms of Probation.

11:47 a.m.      No objection to terms of Probation as outlined by Court.

Court makes findings.

**ORDERED:**   Defendant's Motion for Non-Guideline Statutory Sentence [doc. #46], filed September 15, 2009, is **GRANTED.**

**ORDERED:**   Defendant is placed on **probation** for a term of **5** years.

**ORDERED:**   **Conditions** of **Probation** are:

(X)      Defendant shall not commit another federal, state or local crime.

(X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)      Defendant shall comply with standard conditions adopted by the Court.

(X)      Defendant shall not unlawfully possess a controlled substance.

(X)      If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)      The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) for supervised releases cases as the offense is not drug related, and there is no current or past history of substance abuse.

(X)      The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Probation** are:

(X)      The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

(X)      Defendant shall make restitution to the victim, the Internal Revenue Service, in the amount of $260,796.00.

(X)     Defendant shall provide the supervising probation officer with an inventory of all sports memorabilia in his possession within thirty (30) days.  Within ninety (90) days of his placement on probation, the defendant will sell his * to a sports memorabilia business or private party collector, or place the listed sports memorabilia with a consignment dealer for the purpose of selling the memorabilia.  The defendant will provide the probation officer with the name and contact information for the business ro individual to whom he sold or consigned the memorabilia to for purposes of verification.  All proceeds obtained from the sale of the memorabilia will be paid to the Clerk's Office and applied toward payment of the defendant's restitution obligation as ordered by the Court.

(X)     The defendant shall seek employment and to use his best efforts to find suitable work as supervised by the probation officer.  Six months from the entry of judgment in this case, probation shall advise the Court of defendant's progress regarding his ability to find work.

(X)     The defendant shall perform not less than **1500** hours of community service, as directed by the probation officer.  Community service will be deferred until the Court can have a hearing, to take place not earlier than six months from today, to determine specifics of community service.  Probation shall contact chambers to set a hearing when appropriate.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant to make **restitution** to the victim, the Internal Revenue Service, in the total amount of **$260,796.00.**

*Restitution is to be made payable in monthly payments which will be calculated as at least 10% of his gross monthly income.*

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**12:04 p.m.**      Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:**      **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   2:30**